UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |
|---|---|
| IN RE RED HAT, INC. SECURITIES LITIGATION | ) <br> ) <br> ) <br> ) Master File <br> ) No. 5:04-CV-473-BR <br> ) |
| THIS DOCUMENT RELATES TO: <br> ALL ACTIONS | ) |

## O R D E R

This matter is before the court on Lead Plaintiff's unopposed motion for order authorizing disbursement of attorneys' fees and expenses. The motion is ALLOWED. Lead Plaintiff is authorized to disburse attorneys' fees in the total amount of $6,000,000 as awarded in the court's 10 December 2010 order. Lead Plaintiff is authorized to disburse expenses in the total amount of $313,734.29.[1]

This 19 October 2011.

W. Earl Britt
Senior U.S. District Judge

---

[1] The amount of expenses shall be allocated in a manner consistent with Magistrate Judge David W. Daniel's 22 September 2011 order (DE # 250) and the Light and McDaniel affidavits (DE ## 224-4, 225-5).